RECEIVED
CHARLOTTE, NC
JAN 14 2016
Clerk, US District Court
Western District of NC

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Vito Antonio Laera | )
| | )
| *Plaintiff* | )
| | )
| V. | )
| | ) Case 3:15-cv-00371
| Robin S. Rosenbaum, and | )
| Patrick M. Hunt, and, | )
| Jonathan Goodman, and, | )
| Joan A. Lenard, and, | )
| William H. Pryor Jr., and, | )
| Julie E. Carnes | )
| | )
| *Defendants* | )

## MOTION

I hereby request that the court allow me 2 weeks from today to respond to Defendants motion dated 12-28-2015;

On 12-29-2016 I was traveling all day and entered the Netherlands on 12-30-2015 and left the Netherlands on 01-12-2016, see Exhibit A. I was made aware of Defendants motion to dismiss only today and am immediately requesting this extension of time to the court.

I further advise the court that I am getting married and moving to Cuba very soon, my address will be;

    Calle 2da #15 interior

    Entre Estrada Palma y Central

    Mambí, Guanabacoa, Habana, Cuba

P a g e 1 | 3

Errors and omissions expected. The failure to specify any particular act of misconduct should not be construed as tolerance thereof. The Defendants errors and violations in the related cases have diminished my confidence and trust in the USA judicial system and depleted any trust or confidence in it. Supreme Court precedent instructs federal courts liberally to construe the "inartful pleading" of pro se litigants, because I am a prose litigant I ask that this court liberally construe this inartful pleading.

January 13, 2016

Vito Antonio Laera
710 Yorkmont Road
Charlotte, NC 28217

# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA

Vito Antonio Laera )
)
*Plaintiff* )
)
V. )
) Case 3:15-cv-00371
Robin S. Rosenbaum, and )
Patrick M. Hunt, and, )
Jonathan Goodman, and, )
Joan A. Lenard, and, )
William H. Pryor Jr., and, )
Julie E. Carnes )
)
*Defendants* )

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing MOTION was served upon Defendants via FedEx, on this date, addressed to:

US Attorneys Office
Tiffany M. Mallory
227 W Trade Street, Suite 1650
Charlotte, NC 28202


January 13, 2016

*[signature]*

Vito Antonio Laera
710 Yorkmont Road
Charlotte, NC 28217

# EXHIBIT A





After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.