# UNITED STATES DISTRICT COURT

FOR THE

WESTERN DISTRICT OF NORTH CAROLINA

Vito Antonio Laera )
)
*Plaintiff* )
)
V. )
) Case 3:15-cv-00371
United States, and, )
Robin S. Rosenbaum, and, )
Patrick M. Hunt, and, )
Jonathan Goodman, and, )
Joan A. Lenard, and, )
William H. Pryor Jr., and, )
Julie E. Carnes, and, )
Stanley Marcus )
)
*Defendants* )

Hand-Delivered

FILED
CHARLOTTE, NC
MAR 28 2016
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## MOTION TO CORRECT AND AMEND COMPLAINT

## AND

## MOTION TO EXTEND THE TIME FOR SERVICE

I hereby ask the court to allow me 45 days to correct, cure and amend my complaint under unexpected circumstances.

Judge Keesler, on ECF 009 filed on 02/01/2016 you wrote;

"DISCUSSION It appears that there has been no initial attorney's conference to date, and that no discovery has taken place thus far. Furthermore, the undersigned is not persuaded that there is sufficient evidence of prejudice, bad faith, or futility to outweigh the policy favoring granting leave to amend. Although Plaintiff's request for leave to amend lacks sufficient explanation, the undersigned finds that it will be in the best interest of the parties for the *pro se* Plaintiff to have one more opportunity to "correct cure and amend" the Complaint. After careful consideration of the record and the motions, the undersigned finds that Plaintiff's motion to amend should be granted; however, **_barring extraordinary circumstances, further amendments to the Complaint are unlikely to be allowed._**

Page 1 | 4

I am in receipt of the defendant's motion to dismiss ECF 013 dated 03/14/2016. I was concerned that if I made another mistake you would not allow me to make further amendments to my complaint, so I took this motion to two lawyers and they both declined to help me. One even said "Attorneys who practice in federal court will be reluctant to pursue a lawsuit against sitting judges.". I even asked one of them to just help me reply to the motion but they said that would be considered ghosting.

I ask you to grant me 45 days to correct, cure and amend my complaint. I will use this time to look for a lawyer that is willing to help me and in the event that I can't find one I will do my best to correct the complaint as a pro se and pray this court construes my inartful pleading.

Furthermore I ask that the court grant me an extention of 45 days of time for service. This stuff is hard judge and I am doing my best to read up on all the laws and figure out the right way to do things, my failure in properly serving the defendants the first time is due to my ignorance in law, if I had known the proper way I would have done it the first time.

> 4(m) Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. **But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.** This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1) or to service of a notice under Rule 71.1(d)(3)(A).

Errors and omissions expected. The failure to specify any particular act of misconduct should not be construed as tolerance thereof. The Defendants errors and violations in the related cases have diminished my confidence and trust in the USA judicial system and depleted any trust or confidence in it. Supreme Court precedent instructs federal courts liberally to

construe the "inartful pleading" of pro se litigants, because I am a prose litigant I ask that this court liberally construe this inartful pleading.

February 28, 2016

Vito Laera
Calle 2da #15 interior
Entre Estrada Palma y Central Mambí
Guanabacoa, Habana, Cuba

# UNITED STATES DISTRICT COURT

FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Vito Antonio Laera | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| V. | ) |
| | ) Case 3:15-cv-00371 |
| Robin S. Rosenbaum, and | ) |
| Patrick M. Hunt, and, | ) |
| Jonathan Goodman, and, | ) |
| Joan A. Lenard, and, | ) |
| William H. Pryor Jr., and, | ) |
| Julie E. Carnes | ) |
| | ) |
| *Defendants* | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION TO CORRECT AND AMEND COMPLAINT AND MOTION TO EXTEND THE TIME FOR SERVICE was served upon Defendants via FedEx, on this date, addressed to the court and:

US Attorneys Office
Tiffany M. Mallory
227 W Trade Street, Suite 1650
Charlotte, NC 28202


February 28, 2016

*Vito Laera*
Calle 2da #15 interior
Entre Estrada Palma y Central Mambí
Guanabacoa, Habana, Cuba



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.