FedEx shipping label

Extremely Urgent

ORIGIN ID:PNVA (800) 800-8000
VITO LAERA
123 FOUR FIVE STREET

CHARLOTTE, NC 28217
UNITED STATES US

SHIP DATE: 18JUL16
ACTWGT: 0.20 LB
CAD: 8001444/INET3730

BILL SENDER

TO **CLERK OF COURT**
**US DISTRICT COURT**
**401 W. TRADE ST.**
**ROOM 216**
**CHARLOTTE NC 28202**
(704) 350-7400   REF:
INV:
PO:   DEPT:


FedEx Express

TUE - 19 JUL 10:30A
PRIORITY OVERNIGHT

TRK# 0201  7767 7365 0076

**23 QWGA**   28202
NC-US  CLT



