# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Vito Antonio Laera, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00371-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Robin S. Rosenbaum, et al | ) | |
| | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2016 Order.

November 15, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court