# FedEx Express

ORIGIN ID:PNVA (800) 800-8000
VITO LAERA

123 FOUR FIVE STREET

CHARLOTTE, NC 28217
UNITED STATES US

SHIP DATE: 06DEC16
ACTWGT: 0.20 LB
CAD: 8001444/INET3790

BILL SENDER

TO  CLERK OF COURT
    US DISTRICT COURT
    401 W. TRADE ST.
    ROOM 216
    CHARLOTTE NC 28202
(704) 350-7400               REF:
INV:                         DEPT:
PO:


 

FedEx.
TRK# 7778 7064 1678
0201

WED - 07 DEC 10:30A
PRIORITY OVERNIGHT

TRK# XH QWGA
0201

28202
NC-US
CLT

2



FTD  593437  06DEC16  HWOA  539C1/D42F/8FBA



RT 516   1  10:30   A  1678
FZ 515                  12.07

Extremely Urgent

After printing this label: